FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY GRAY, JESSICA HINTON, KIMBERLY COZZENS, MARKETA LIM, AMBER LANCASTER, <br><br>                    Plaintiffs, <br><br>    v. <br><br> MAJOR CRAVINGS, LLC, <br><br>                    Defendant. | No. 2:25-CV-00036-MKD <br><br> ORDER OF DISMISSAL <br><br> **ECF No. 31** |

Before the Court is the parties' Stipulation of Dismissal. ECF No. 31. The parties stipulate to the dismissal of this action, with prejudice and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The parties' Stipulation of Dismissal, **ECF No. 31**, is **GRANTED**.

ORDER - 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of costs.

3. Defendant's Motion for Summary Judgment, **ECF No. 18**, is **DENIED as moot**.

4. All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the counsel, and **CLOSE the file**.

DATED March 16, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2